UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 3:08CR170 DPJ-FKB

CASSANDRA THOMAS

ORDER

This cause is before the Court on Cassandra Thomas's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.[1]  Her motion includes allegations of ineffective assistance of counsel during trial and on appeal.  The government is therefore directed to provide a copy of the motion to Joyce M. Freeland , former trial counsel, and Robert L. Gibbs, Karen E. Livingston-Wilson, and Julie Ann Epps, former counsel on appeal.  These attorneys are directed to respond within forty-five (45) days of this Order by written affidavit to the allegations made by Thomas in the motion, with a copy of the affidavit provided to the government.  The government's response is due thirty (30) days after the submission of the affidavits.  The Court further and specifically finds that Defendant has waived her right to claim an attorney-client privilege in regard to these proceedings.

**SO ORDERED AND ADJUDGED** this the 26th day of May, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] The corresponding civil action is CIVIL ACTION NO. 3:15CV54 DPJ-FKB.  All filings should be made in the criminal case.